SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00098-JCM-BNW |
| Plaintiff, | **Motion to Unseal Indictment (ECF No. 51)** |
| v. | |
| JIN WEI CHEN, | |
| XIE JIE CHEN,<br>    aka "Johnny Chen," and | |
| YUE YUAN, | |
| Defendants. | |

The United States of America, through its undersigned attorneys, hereby moves to unseal the Indictment in this case at ECF No. 51. Defendant Jin Wei Chen has been arrested; defendant Yue Yuan is in ICE custody; and defendant Xie Jie Chen, aka Johnny

///

///

///

///

Chen, is aware that he has been indicted and is arranging a self-surrender date. Accordingly, there no longer exists good cause for the Indictment to be sealed.

Respectfully submitted this 2nd day of May, 2025.

SIGAL CHATTAH
UNITED STATES ATTORNEY

*/s/ Jessica Oliva for*
KIMBERLY M. FRAYN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 6, 2025

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE