AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-cr-98-JCM-BNW |
| Jin Wei Chen | ) | |
| *Defendant* | ) | |

FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 0 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | USDC<br>300 Las Vegas Blvd So<br>Las Vegas, NV 89101 | Courtroom No.: | Magistrate Judge Couvillier, III<br>3D |
|---|---|---|---|
| | | Date and Time: | 5/28/2025 @ 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 20, 2025

_____
Judge's signature

MAXIMILIANO D COUVILLIER, III,
*Printed name and title*