SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar Number 5634
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Kimberly.Frayn@usdoj.gov

MARGARET A. MOESER
Chief, Money Laundering, Narcotics, and Forfeiture Section
U.S. Department of Justice/Criminal Division
Kenneth P. Kaplan
Trial Attorney
D.C. Bar No. 460614
The Bond Building
1400 New York Avenue, NW, 3rd Floor
Washington, DC 20005
(202) 514-2000
kenneth.kaplan@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JIN WEI CHEN,<br><br>XIE JIE CHEN,<br>     aka "Johnny Chen," and<br><br>YUE YUAN,<br><br>          Defendants. | Case No. 2:25-cr-00098-GMN-BNW<br><br>**SECOND STIPULATION FOR PROPOSED COMPLEX CASE SCHEDULE** |

Pursuant to LCR 16-1(a) of the Local Rules of Practice for the District of Nevada, the United States, by and through the Executive Assistant United States Attorney for the District of Nevada, and the defendants, by and though the undersigned counsel, met and conferred

1

periodically telephonically and by way of email, as recently as October 21, 2025, regarding pretrial disclosures and scheduling matters. The recent discussions occurred, in part, because the procedural posture of the case changed when the matter was transferred to this Honorable Court. Specifically, the Court vacated the prior Judge's April 2026 trial setting and reset the case for calendar call on September 9, 2026 and trial for September 14, 2026. *See* ECF 97 & 98 (granting parties First Stipulation For Proposed Complex Case Schedule and Trial Date [ECF 94]). Despite the new trial date, the disclosure and motions dates pertaining to the original trial date remained in place. Accordingly, the parties have conferred and respectfully submit their proposed Second Complex Case Schedule to update disclosure and motions deadlines that take into consideration the new trial date[1]:

    **1.**    **Complex Case.** On August 27, 2025, the parties stipulated that this case should be designated as complex under Title 18, United States Code, Section 3161(h)(7)(B)(ii) and LCR 16-1(a).[2] ECF 94.

    **2.**    **Trial Date.** On September 9, 2025, the Court set this matter for trial on September 14, 2026, with calendar call set for September 9, 2026. ECF 98. In light of the complex case designation and to afford the time necessary to prepare for trial and prevent any miscarriage of justice, the Court Ordered that the ends of justice outweigh the interests of the public and defendant in a speedy trial and that all delay necessitated by the continuance of this matter should be excluded under Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors delineated in Title 18, United States Code, Section 3161(h)(7)(B). *Id.*

---

[1] The parties leave unchanged all deadlines agreed upon in the Joint Discovery Agreement (*e.g.,* expert disclosures pursuant to Rules 16(a)(1)(G) and (b)(1)(C) of the Federal Rules of Criminal Procedure). *See* ECF 87.

[2] The parties incorporate by reference as if fully set out herein the grounds from their First Stipulation for declaring this case complex. *See* ECF 94 at ¶ 1(a)-(d).

**3.   Rule 12 Pretrial Motions and Notices**.

a.   Based on the Court's September 9, 2025 Order, the parties now further stipulate that they shall file any and all pretrial motions under Rule 12(b), Federal Rules of Criminal Procedure, on or before **May 14, 2026**. Responses to the motions shall be filed within 21 calendar days from the date of service of the motions, on or before **June 4, 2026**. Any and all replies shall be filed within 7 calendar days from the date of service of the responses, on or before **June 11, 2026.**

b.   The parties shall file any and all notices required under Rules 12.1 through 12.3, Federal Rules of Criminal Procedure, on or before **May 14, 2026**.

**4.   Discovery.**

a.   The government has made its initial disclosure of Rule 16(a)(1)(A) through (F), Federal Rules of Criminal Procedure, information.

b.   The parties recognize and acknowledge their continuing duty to provide disclosures up to and through trial as to any matters required to be disclosed by statute, rule, or the United States Constitution.

c.   The parties recognize that discovery is voluminous. The parties will cooperate with each other to produce Rule 16(a) and Rule 16(b). Federal Rules of Criminal Procedure, disclosures electronically.

d.   The parties agree to follow the discovery schedule set forth in the Joint Discovery Agreement, ECF 87.

**WHEREFORE**, the parties respectfully request that the Court accept this Second Stipulation and enter a Scheduling Order addressing the scheduling matters contained in this Stipulation and any other matters deemed appropriate by the Court. For the Court's convenience the parties submit an attached Proposed Order.

Respectfully Submitted,

SUE FAHAMI
Executive Assistant United States Attorney

/s/ *Kimberly M. Frayn*       10/22/2025
KIMBERLY M. FRAYN              Date
Assistant United States Attorney

MARGARET A. MOESER
Chief, Money Laundering, Narcotics, and Forfeiture Section
U.S. Department of Justice/Criminal Division

/s/ *Kenneth P. Kaplan*       10/22/2025
KENNETH P. KAPLAN              Date
Trial Attorney
United States department of Justice/Criminal Division

/s/ *Yi Lin Zhen*             10/22/2025
YI LIN ZHENG, ESQ.             Date
Counsel for JIN WEI CHEN

RENE L. VALLADARES
Federal Public Defender

/s/ *Laronda R. Martin*       10/22/2025
LARONDA R. MARTIN, ESQ         Date
Assistant Federal Public Defender
Counsel for JOHNNY CHEN

/s/ *Paola M. Armeni*         10/22/2025
PAOLA M. ARMENI, ESQ.          Date
Counsel for YUE YUAN

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00098-GMN-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| JIN WEI CHEN, | |
| XIE JIE CHEN,<br>  aka "Johnny Chen," and | |
| YUE YUAN, | |
| Defendants. | |

This matter coming on the parties' second stipulation for the entry of an Order on proposed complex case scheduling pretrial matters, the premises therein having been considered by the Court, and for good cause showing, the Court accepts the Second Stipulation of the parties and ORDERS as follows:

1. This matter is designated as complex under Title 18, United States Code, Section 3161(h)(7)(B)(ii), and LCR 16-1(a), for the reasons set forth in the Stipulation, and as accepted in the Court's September 9, 2025 Order. *See* ECF 94 (First Stipulation) & 98 (Order granting First Stipulation)

2. The current trial setting for this matter is September 14, 2026.

3. The parties now stipulate that they shall file any and all pretrial motions under Rule 12(b), Federal Rules of Criminal Procedure, the parties shall file pretrial motions on or before May 14, 2026. Responses to the motions shall be filed within 21 calendar days from the date of service of the motions, on or before June 4, 2026. Any and all replies shall be filed within 7 calendar days from the date of service of the responses, on or before June 11, 2026.

4. The parties shall file any and all notices required under Rules 12.1 through 12.3 on or before May 14, 2026.

5. All other scheduling matters shall be accomplished as set forth in the Stipulation.

IT IS SO ORDERED this  27th  day of  October , 2025.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

6