CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email:  parmeni@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel:  (702) 862-8300
*Attorney for Defendant Yue Yuan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00098-GMN-BNW |
| Plaintiff, | |
| vs. | |
| JIN WEI CHEN, | |
| XIE JIE CHEN, aka "Johnny Chen," and | |
| YUE YUAN, | |
| Defendants. | |

**STIPULATION AND ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINES ONLY (FOURTH REQUEST)**

**IT IS HEREBY STIPULATED** by and between **Yue Yuan**, Defendant, by and through her counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill, PLLC, **Jin We Chen**, Defendant, by and through his counsel, Yi Lin Zheng, Esq., of law office of Yi Lin Zheng PLLC, **Xie Jie Chen aka Johnny Chen**, Defendant, by and through his counsel Rene L. Valladares, Federal Public Defender and Keisha Matthews, Esq., Assistant Federal Public Defender, Federal Public Defender's Office  and the Plaintiff, **United States of America**, by and through Todd Blanche Acting United States Attorney, Kimerly M. Frayn, Assistant United States Attorney, Margaret A. Moeser, Chief, Money Laundering, Narcotics, and Forfeiture Section U.S. Department of Justice Criminal Division, and Kenneth P. Kaplan, Trial Attorney, United States Department of Justice Criminal Division, that the pretrial motion deadline currently scheduled for May 14, 2026, be vacated and extended in accordance with the parties' agreement below:

1 of 5

CLARKHILL\101436\1004728\287681720.v1-5/6/26

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including June 15, 2026, within which to file any and all pretrial motions and notice of defense.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including June 29, 2026, within which to file any and all responses to dispositive motions.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including July 6, 2026, within which to file any and all replies in support of dispositive motions.

This Stipulation is entered into for the following reasons:

1. On or about April 16, 2025 (ECF No. 51), an Indictment was filed.

2. This case has been deemed complex as there are several defendants and voluminous discovery.

3. The current Pre-trial Motion deadline is May 14, 2026.

4. Defense counsel has been diligent in reviewing discovery but needs additional time to determine if pretrial motions will be necessary and if so to perform legal research and draft the motions.

5. Further, the Government is actively working on extending offers to resolve this case. As of the filing of this stipulation, defense counsel has not been provided any plea agreements.

6. All parties agree to the continuance. Defendants Jin Wei Chen and Yue Yuan are currently in custody and do not object to the continuance. Defendant Xi Jie Chen is not in custody and does not object to the continuance.

7. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions.

CLARKHILL\101436\1004728\287681720.v1-5/6/26

9. This is the Fourth Request for an extension of time to file pretrial motions.

Dated this 6th day of May, 2026.

| UNITED STATES ATTORNEY'S OFFICE | CLARK HILL PLLC |
|---|---|
| TODD BLANCHE<br>Acting Attorney General | |
| /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br><br>Attorney for Defendant,<br>*YUE YUAN* |
| MARGARET A. MOESER<br>Chief, Money Laundering, Narcotics, and Forfeiture Section U.S. Department of Justice Criminal Division | |
| /s/ Kennth P. Kaplan<br>KENNETH P. KAPLAN<br>Trial Attorney<br>United States Department of Justice Criminal Division | |
| Attorneys for Plaintiff,<br>*UNITED STATES OF AMERICA* | |
| RENE L. VALLADARES<br>FEDERAL PUBLIC DEFENDER'S OFFICE OF THE DISTRICT OF NEVADA | THE LAW OFFICES OF YI LIN ZHENG PLLC |
| /s/ Keisha Matthews<br>KEISHA MATTHEWS<br>Assistant Federal Public Defender | /s/ Yi Lin Zheng<br>YI LIN ZHENG |
| Attorneys for Defendant<br>*XIE JIE CHEN* | Attorney for Defendant,<br>*JIN WEI CHEN* |

CLARKHILL\101436\1004728\287681720.v1-5/6/26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JIN WEI CHEN,<br><br>XIE JIE CHEN, aka "Johnny Chen," and<br><br>YUE YUAN,<br><br>                      Defendants. | CASE NO. 2:25-cr-00098-GMN-BNW |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. On or about April 16, 2025 (ECF No. 51), an Indictment was filed.

2. This case has been deemed complex as there are several defendants and voluminous discovery.

3. The current Pre-trial Motion deadline is May 14, 2026.

4. Defense counsel has been diligent in reviewing discovery but needs additional time to determine if pretrial motions will be necessary and if so to perform legal research and draft the motions.

5. Further, the Government is actively working on extending offers to resolve this case. As of the filing of this stipulation, defense counsel has not been provided any plea agreements.

6. All parties agree to the continuance. Defendants Jin Wei Chen and Yue Yuan are currently in custody and do not object to the continuance. Defendant Xi Jie Chen is not in custody and does not object to the continuance.

7.  The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

8.  For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions.

9.  This is the Fourth Request for an extension of time to file pretrial motions.

### ORDER

**IT IS HEREBY ORDERED** by and between the parties herein, the deadlines for filing of any and all pretrial motions are hereby due on or before June 15, 2026.

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings, are hereby due on or before June 29, 2026.

**IT IS FURTHER ORDERED** that the deadlines for filing any and all replies to dispositive motions are hereby due on or before July 6, 2026.

**DATED** this __13th__ day of _____May_____, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**
**CASE NO.: 2:25-cr-00098-GMN-BNW**

5 of 5