CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email:  parmeni@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel:  (702) 862-8300
*Attorney for Defendant Yue Yuan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00098-GMN-BNW |
| Plaintiff, | |
| vs. | |
| JIN WEI CHEN, | |
| XIE JIE CHEN, aka "Johnny Chen," and | |
| YUE YUAN, | |
| Defendants. | |

**<u>STIPULATION AND ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINES ONLY (FIFTH REQUEST)</u>**

**IT IS HEREBY STIPULATED** by and between **Yue Yuan**, Defendant, by and through her counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill, PLLC, **Jin We Chen**, Defendant, by and through his counsel, Yi Lin Zheng, Esq., of law office of Yi Lin Zheng PLLC, **Xie Jie Chen aka Johnny Chen**, Defendant, by and through his counsel Rene L. Valladares, Federal Public Defender and Keisha Matthews, Esq., Assistant Federal Public Defender, Federal Public Defender's Office  and the Plaintiff, **United States of America**, by and through Todd Blanche, Acting United States Attorney, Kimberly M. Frayn, Assistant United States Attorney, Margaret A. Moeser, Chief, Money Laundering, Narcotics, and Forfeiture Section U.S. Department of Justice, Criminal Division, and Kenneth P. Kaplan, Trial Attorney, United States Department of Justice Criminal Division, that the pretrial motion deadline currently scheduled for June 15, 2026, be vacated and extended in accordance with the parties' agreement below:

CLARKHILL\101436\1004728\288178401.v1-6/11/26

**IT IS STIPULATED AND AGREED** that the parties herein shall have up to and including July 15, 2026, within which to file any and all pretrial motions and notice of defense.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including July 29, 2026, within which to file any and all responses to dispositive motions.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including August 5, 2026, within which to file any and all replies in support of dispositive motions.

This Stipulation is entered into for the following reasons:

1. On or about April 16, 2025 (ECF No. 51), an Indictment was filed.

2. This case has been deemed complex given the multiple defendants involved and the voluminous discovery produced.

3. The current Pre-trial Motion deadline is June 15, 2026.

4. Defense counsel diligently reviewed discovery but needs more time to evaluate the necessity of pretrial motions and, if appropriate, to complete the legal research and drafting required.

5. Moreover, discussions regarding possible resolutions to this matter are ongoing, but no plea agreements have been tendered to defense counsel for any of the defendants as of the date this stipulation is filed.

6. All parties agree to the continuance. Defendants Jin Wei Chen and Yue Yuan are currently in custody and do not object to the continuance. Defendant Xie Jie Chen is not in custody and does not object to the continuance.

7. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions.

CLARKHILL\101436\1004728\288178401.v1-6/11/26

9.  This is the Fifth Request for an extension of time to file pretrial motions.

Dated this 11th day of June, 2026.

| UNITED STATES ATTORNEY'S OFFICE | CLARK HILL PLLC |
| --- | --- |

TODD BLANCHE
Acting Attorney General

/s/ Kimberly M. Frayn                                    /s/ Paola M. Armeni
KIMBERLY M. FRAYN                                PAOLA M. ARMENI
Assistant United States Attorney

Attorney for Defendant,
*YUE YUAN*

MARGARET A. MOESER
Chief, Money Laundering, Narcotics, and
Forfeiture Section U.S. Department of Justice
Criminal Division

/s/ Kenneth P. Kaplan
KENNETH P. KAPLAN
Trial Attorney
United States Department of Justice Criminal
Division

Attorneys for Plaintiff,
*UNITED STATES OF AMERICA*

RENE L. VALLADARES                          THE LAW OFFICES OF YI LIN ZHENG
FEDERAL PUBLIC DEFENDER'S OFFICE    PLLC
OF THE DISTRICT OF NEVADA

/s/ Keisha Matthews                                   /s/ Yi Lin Zheng
KEISHA MATTHEWS                              YI LIN ZHENG
Assistant Federal Public Defender

Attorney for Defendant,
*JIN WEI CHEN*

Attorneys for Defendant
*XIE JIE CHEN*

CLARKHILL\101436\1004728\288178401.v1-6/11/26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIN WEI CHEN,<br><br>XIE JIE CHEN, aka "Johnny Chen," and<br><br>YUE YUAN,<br><br>    Defendants. | CASE NO. 2:25-cr-00098-GMN-BNW |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. On or about April 16, 2025 (ECF No. 51), an Indictment was filed.

2. This case has been deemed complex given the multiple defendants involved and the voluminous discovery produced.

3. The current Pre-trial Motion deadline is June 15, 2026.

4. Defense counsel has actively and diligently reviewed discovery but needs more time to evaluate the necessity of pretrial motions and, if appropriate, to complete the legal research and drafting required.

5. Moreover, discussions regarding possible resolutions to this matter are ongoing, but no plea agreements have been tendered to defense counsel for any of the defendants as of the date this stipulation is filed.

6. All parties agree to the continuance. Defendants Jin Wei Chen and Yue Yuan are currently in custody and do not object to the continuance. Defendant Xi Jie Chen is not in custody and does not object to the continuance.

CLARKHILL\101436\1004728\288178401.v1-6/11/26

7. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions.

9. This is the Fifth Request for an extension of time to file pretrial motions.

## ORDER

**IT IS HEREBY ORDERED** by and between the parties herein, the deadlines for filing of any and all pretrial motions are hereby due on or before July 15, 2026.

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings, are hereby due on or before July 29, 2026.

**IT IS FURTHER ORDERED** that the deadlines for filing any and all replies to dispositive motions are hereby due on or before August 5, 2026.

**DATED** this _12th_ day of _____June_____, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**
**CASE NO.: 2:25-cr-00098-GMN-BNW**

5 of 5

CLARKHILL\101436\1004728\288178401.v1-6/11/26